HARVEY P. SACKETT

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TANYA L. KING, | ) | No.:  3:13-cv-4631 EMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that:  (1)

Plaintiff shall have an extension of time of (45) days up through and including Thursday, May 22,

2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any

opposition, including cross-motions, on or before June 19, 2014.  This extension is necessitated

by the need for Plaintiff to retain new counsel, and the concomitant time required to become

familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

//

/

1

1    All deadlines will be extended accordingly.

2

3                                        MELINDA L. HAAG
                                         United States Attorney

4

5

6

7    Dated: April 7, 2014              /s/
                                         CYNTHIA B. DE NARDI
                                         Assistant U.S. Attorney

8                                        Social Security Administration
                                         Attorney for the Defendant

9

10

11

12   Dated:  April 7, 2014             /s/
                                         HARVEY P. SACKETT

13                                       Attorney for Plaintiff
                                         TANYA L. KING

14

15

16   IT IS SO ORDERED.

17

18   Dated: ___April 14, 2014_____
                                         HON. EDWARD M. CHEN

19                                       United States District Judge

20                                       APPROVED

21

22                                       Judge Edward M. Chen

23

24

25

26

27

28