HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TANYA L. KING, | ) | No.: 3:13-cv-4631 JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

///

//

1

STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney<br><br>*Scott Borrowman authorized*<br>*for Cynthia B. De Nardi* |
| Dated: May 21, 2014 | */s/*<br>CYNTHIA B. DE NARDI<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated: May 21, 2014 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>TANYA L. KING |

IT IS SO ORDERED.

Dated: May 23, 2014

HON. JAMES DONATO
United States District Judge

GRANTED
Judge James Donato
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION AND ORDER FOR DISMISSAL